**ORDR**
**BROCK K. OHLSON, ESQ.**
Nevada Bar No. 12262
**IAN M. MCMENEMY, ESQ.**
Nevada Bar No. 13190
**BROCK K. OHLSON PLLC**
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
Telephone: (702) 982-0055
Facsimile: (702) 982-0150
E-Mail: efile@injured.vegas
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BUCHNA, an individual, | CASE NO.: 2:21-cv-00061-RFB-DJA |
| Plaintiff, | |
| vs. | |
| WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351; and WAL-MART STORES, INC a foreign corporation, DOES I through X and ROE CORPORATIONS I through X, | **ORDER** |
| Defendants. | |

This matter having come before the Court on the Motion For Substitution of Parties filed herein by counsel for Plaintiff, Michael Buchna, on behalf of Jennifer Beam and Michelle Zeiter, Administrator's of the Estate of Michael Buchna, Deceased, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion For Substitution of Parties filed in the above-captioned action be, and the same hereby is, granted; and,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Administrators Jennifer Beam and Michelle Zeiter as Administrators of the Estate of Michael Buchna, Deceased, be, and

//
//
//
//

Page 4

1  hereby is, substituted in the place and stead of Plaintiff, Michael Buchna, in the above-entitled action.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 3, 2022

Submitted by:

By /s/ Brock K. Ohlson
**BROCK K. OHLSON, ESQ.**
Nevada Bar No. 12262
**IAN M. MCMENEMY, ESQ.**
Nevada Bar No. 13190
**BROCK K. OHLSON PLLC**
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
Telephone: (702) 982-0055
Facsimile: (702) 982-0150
E-Mail: efile@injured.vegas
*Attorneys for Plaintiffs*