ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Attorneys for Defendants*
*Walmart, Inc. d/b/a Walmart Supercenter #3351*
*& Wal-Mart Stores, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA,<br><br>Plaintiffs,<br>v.<br><br>WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351; and WALMART INC., a foreign corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.: 2:21-cv-00061-RFB-DJA<br><br>**SUBSTITUTION OF COUNSEL** |

COME NOW, Defendants WALMART, INC. d/b/a WALMART SUPERCENTER #3351 and WALMART INC. ("Defendants" or "Walmart"), and hereby substitute TROY A. CLARK, ESQ., of the law firm of RESNICK & LOUIS, P.C., as its counsel of record in place and stead of ROBERT K. PHILLIPS, ESQ. and TIMOTHY D. KUHLS, ESQ. of PHILLIPS, SPALLAS & ANGSTADT LLC. Defendants assert the attorneys from PHILLIPS, SPALLAS & ANGSTADT LLC shall be removed from the electronic service list in this matter.

WHEREAS, Defendants assert TROY A. CLARK of RESNICK & LOUIS, P.C., 8925 W. Russell Road, Ste. 220, Las Vegas, Nevada 89148, Phone: (702) 997-3802, tclark@rlattorneys.com, be substituted as counsel for Defendants and added to the electronic service list in this case;

WHEREAS, the attorneys from PHILLIPS, SPALLAS & ANGSTADT LLC agree to the withdraw and substitution; and

WHEREAS, TROY A. CLARK, ESQ., the attorney from RESNICK & LOUIS, P.C., agrees to be substituted as counsel for Defendants.

DATED this 15th day of March 2022.

**RESNICK & LOUIS, P.C.**

/s/ Troy A. Clark
_____
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
8925 W. Russell Road, Ste. 220
Las Vegas, NV 89148

*Attorneys for Defendant
Walmart, Inc. d/b/a Walmart Supercenter #3351
& Wal-Mart Stores, Inc.*

DATED this 15th day of March 2022.

**WALMART, INC.**

/s/ Matthew Burgess
_____
MATTHEW BURGESS, ESQ.
Senior Counsel
702 Southwest 8th Street
Bentonville, AR 72716

DATED this 15th day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Timothy D. Kuhls
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 S. 9th Street
Las Vegas, NV 89101

*Former Attorneys for Defendants
Walmart, Inc. d/b/a Walmart Supercenter #3351
& Wal-Mart Stores, Inc.*

**IT IS SO ORDERED**.

DATED: March 17, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRAE JUDGE

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March 2022, I served a true and correct copy of the foregoing, **SUBSTITUTION OF COUNSEL**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification through PACER File & Serve to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| BROCK K. OHLSON, ESQ.<br>Nevada Bar No. 12262<br>IAN M. MCMENEMY, ESQ.<br>Bar No. 13190<br>JUSTIN A. CORNE, ESQ.<br>Nevada Bar No. 14504<br>BROCK K. OHLSON PLLC<br>6060 Elton Avenue, Suite A<br>Las Vegas, NV 89107 | T: (702) 982-0055<br>F: (702) 982-0150 | Plaintiff |
| DANIEL S. SIMON, ESQ.<br>Nevada Bar No. 4750<br>BENJAMIN J. MILLER, ESQ.<br>Nevada Bar No. 10406<br>SIMON LAW<br>810 S. Casino Center Boulevard<br>Las Vegas, NV 89101 | T: (702) 364-1650<br>F: (702) 364-1655 | |

*/s/ Joshua J. Kephart*
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC