BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
**BROCK K. OHLSON PLLC**
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
Telephone:  (702) 982-0055
Facsimile:  (702) 982-0150
efile@injured.vegas
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DITRICT OF NEVADA
* * *

| | |
|---|---|
| MICHAEL BUCHNA, an individual, | CASE NO.:2:21-CV-00061-RFB-DJA |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF DISASSOCIATION OF COUNSEL** |
| WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351;  and WAL-MART STORES, INC a foreign corporation, DOES I through X and ROE CORPORATIONS I through X, | |
| Defendants. | |

PLEASE TAKE NOTICE that Ian M. McMenemy, Esq. is no longer associated with BROCK K. OHLSON PLLC. Thus, his contact information should be removed from the service list in this matter.

BROCK K. OHLSON PLLC, continues to serve as counsel for Michael Buchna. All future correspondence and papers in this action should continue to be directed to all other attorneys on the CM/ECF service list as follows:

Benjamin J Miller     ben@simonlawlv.com

Brock K. Ohlson     brock@injured.vegas, efile@injured.vegas

Daniel S Simon     dsimon@lasvegas.net, ashley@simonlawlv.com,

ben@simonlawlv.com, janelle@danielsimonlaw.com, janelle@simonlawlv.com

Justin A Corne    justin@injured.vegas

Robert K. Phillips    rphillips@psalaw.net, aayres@psalaw.net, afoshee@psalaw.net, creyes@psalaw.net, dwilson@psalaw.net, iburton@psalaw.net, jkephart@psalaw.net, jpatrick@psalaw.net, jtang@psalaw.net, laguilar@psalaw.net, lrobinson@psalaw.net, lvmail@psalaw.net, lwall@psalaw.net, mcervantes@psalaw.net, msoto@psalaw.net, mwessel@psalaw.net, nhebert@psalaw.net, tkuhls@psalaw.net

Timothy David Kuhls    tkuhls@psalaw.net, amccarty@psalaw.net

Troy A. Clark tclark@rlattorneys.com

DATED: this 17th day of March, 2022.

**BROCK K. OHLSON PLLC**

*/s/ Brock Ohlson /s/*
BROCK K. OHLSON, ESQ.
Nevada Bar No.  12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
6060 Elton Avenue, Suite A
Las Vegas, NV 89107

IT IS THEREFORE ORDERED that the notice of disassociation of counsel (ECF No. 31) is GRANTED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 21, 2022

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 18th day of March, 2022, a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF DISASSOCIATION OF COUNSEL was served via the United States District Court CM/ECF system on all parties or persons requiring notice, as follows:

| | |
|---|---|
| **RESNICK & LOUIS, P.C.**<br>Troy A. Clark, Esq.<br>8925 W. Russell Road, Ste. 220<br>Las Vegas, NV 89148<br>*Attorneys for Defendants* | **SIMON LAW**<br>Daniel S. Simon, Esq.<br>Benjamin J. Miller, Esq.<br>Ashley M. Ferrel, Esq.<br>810 South Casino Center Boulevard<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |
| **PHILLIPS, SPALLAS & ANGSTADT, LLC**<br>Robert K. Phillips, Esq.<br>Michael A. Arata, Esq.<br>504 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Walmart Inc. and Wal-Mart Real Estate Business Trust* | **MCMENEMY INJURY LAW**<br>Ian M. McMenemy, Esq.<br>8880 W. Sunset Road, Suite 130<br>Las Vegas, Nevada 89148 |

/s/ Amelia H. Durnez
An Employee of
BROCK K. OHLSON PLLC