ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Attorneys for Defendants*
*Walmart, Inc. d/b/a Walmart Supercenter #3351*
*& Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351; and WALMART INC., a foreign corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.: 2:21-cv-00061-RFB-DJA<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST** |

COMES NOW, former counsel for Defendants, WALMART, INC. d/b/a WALMART SUPERCENTER #3351 and WALMART INC. ("Defendants" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the electronic service list on the above-captioned matter.

. . .

. . .

Specifically, undersigned counsel requests the physical address of 504 S. 9th Street, Las Vegas, NV 89101 be removed from the service list. Former counsel also requests the following addresses be removed from the electronic service list:

| Robert K. Phillips | rphillips@psalaw.net, aayres@psalaw.net, afoshee@psalaw.net, creyes@psalaw.net, dwilson@psalaw.net, iburton@psalaw.net, jkephart@psalaw.net, jpatrick@psalaw.net, jtang@psalaw.net, laguilar@psalaw.net, lrobinson@psalaw.net, lvmail@psalaw.net, lwall@psalaw.net, mcervantes@psalaw.net, msoto@psalaw.net, mwessel@psalaw.net, nhebert@psalaw.net, tkuhls@psalaw.net |
|---|---|
| Timothy David Kuhls | tkuhls@psalaw.net, amccarty@psalaw.net |

DATED this 28th day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Attorneys for Defendants*
*Walmart, Inc. d/b/a Walmart Supercenter #3351*
*& Wal-Mart Stores, Inc.*

**IT IS SO ORDERED.**

DATED: March 29, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 28<u>th</u> day of March 2022, I served a true and correct copy of the foregoing, **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification through CM/ECF File & Serve to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| BROCK K. OHLSON, ESQ.<br>Nevada Bar No. 12262<br>JUSTIN A. CORNE, ESQ.<br>Nevada Bar No. 14504<br>BROCK K. OHLSON, PLLC<br>6060 Elton Avenue, Suite A<br>Las Vegas NV 89107 | Phone 702-982-0055<br>Fax    702-982-0150 | Plaintiff |
| TROY A. CLARK, ESQ.<br>Nevada Bar No. 11361<br>RESNICK & LOUIS, P.C.<br>8925 W. Russell Road, Ste. 220<br>Las Vegas, Nevada 89148 | Phone: 702-363-2535<br>Fax:    702-363-2534 | Defendant |

*/s/ Joshua J. Kephart*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC

- 3 -