1  **RESNICK & LOUIS, P.C.**
   TROY A. CLARK, ESQ.
2  Nevada Bar No. 11361
   MATTHEW B. BECKSTEAD, ESQ.
3  Nevada Bar No. 14168
   8925 West Russell Road, Suite 220.
4  Las Vegas, NV  89148
5  tclark@rlattorneys.com
   mbeckstead@rlattorneys.com
6  Telephone: (702) 997-3800
   Facsimile: (702) 997-3800
7  *Attorneys for Defendants*
   *Walmart, Inc. d/b/a Walmart Supercenter*
8  *#3351 & Wal-Mart Stores, Inc.*

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

| | |
|---|---|
| 12  MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA, | CASE NO.:  2:21-cv-00061-RFB-DJA **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE AND SERVE RESPONSES PERTAINING TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' ANSWER [ECF NO. 40]** **(First Request)** |

13

14

15

16                    Plaintiffs,

17  v.

18

19  WALMART INC., a foreign corporation d/b/a
    WALMART SUPERCENTER #3351; and
20  WAL-MART STORES, INC., a foreign
    corporation; and DOES I through X; inclusive;
21  and ROE CORPORATIONS I through V,
    inclusive,
22

23                    Defendants.

24        IT IS HEREBY STIPULATED by and between Plaintiffs MICHELLE C. ZEITER,

25  Individually and as Special Administrator for ESTATE OF MICHAEL BUCHNA and

26  JENNIFER C. BEAM, Individually and as Special Administrator for ESTATE OF MICHAEL

27  S. BUCHNA (collectively "Plaintiffs"), by and through their attorneys of record SIMON LAW

28  and BROCK H. OHLSON PLLC, and Defendants WALMART, INC. and WAL-MART

                                          1

1  STORES, INC. (collectively "Defendants"), by and through their attorneys of record, RESNICK

2  & LOUIS, P.C., (foregoing parties are collectively referred to hereinbelow as "Parties") to the

3  extend the remaining response deadlines pertaining to Plaintiffs' Motion to Strike Defendants'

4  Answer [ECF No. 40] that was filed on April 7, 2022, pursuant to LR IA 6-1. This is the first

5  stipulation for extension of the deadlines for Defendants' opposition and Plaintiffs' reply

6  pertaining to Plaintiffs' Motion to Strike Defendants' Answer [ECF No. 40].

7  **REASONS FOR REQUESTING AN EXTENSION OF DEADLINES**

8  The Parties aver that good cause exists to extend the existing deadlines for Defendants'

9  opposition and Plaintiffs' reply by 4 days. Defendants' counsel, Troy A. Clark, Esq., is on a

10  previously scheduled vacation with his family and will be out of the office until Thursday, April

11  21, 2022. Accordingly, the parties have agreed to extend their respective response deadlines four

12  days, as set forth hereinbelow:

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1     -   Defendants' deadline to file and serve an opposition:

2              o   Existing deadline:        Thursday, April 21, 2022

3              o   **Proposed deadline:**    **Monday, April 25, 2022**

4     -   Plaintiffs' deadline to file and serve a reply:

5              o   Existing deadline:        Thursday, April 28, 2022

6              o   **Proposed deadline:**    **Monday, May 2, 2022**

7

8   Dated this 19th day of April 2022               Dated this 19th day of April 2022

9   **RESNICK & LOUIS, P.C.**                       **SIMON LAW**

10  */s/ Matthew B. Beckstead*                      */s/ Benjamin J. Miller*
    TROY A. CLARK, ESQ.                             DANIEL S. SIMON, ESQ.
11  Nevada Bar No. 11361                            Nevada Bar No. 4750
    MATTHEW B. BECKSTEAD, ESQ.                      BENJAMIN J. MILLER, ESQ.
12  Nevada Bar No. 14168                            Nevada Bar No. 10406
    8925 West Russell Road, Suite 220               ASHLEY M. FERREL, ESQ.
13  Las Vegas, NV 89148                             Nevada Bar No. 12207
                                                    810 South Casino Center Boulevard
14                                                  Las Vegas, NV 89101
    *Attorneys for Defendants*
15  *Walmart, Inc. d/b/a Walmart Supercenter*
    *#3351 & Wal-Mart Stores, Inc.*                 *Attorneys for Plaintiffs*
16

17

18

19         **IT IS SO ORDERED.**

20      DATED:  April 22, 2022

21                                              _____
22                                              **UNITED STATES MAGISTRATE JUDGE**

23

24

25

26

27

28

3