UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>WALMART INC. and WAL-MART STORES, INC.,<br><br>    Defendants | Case No.: 2:21-cv-00061-APG-DJA<br><br>**Order Striking Motion for Summary Judgment**<br><br>[ECF No. 117] |

I previously ordered that summary judgment motions would be filed only after I resolved the plaintiffs' spoliation motion if they filed one. ECF No. 108. The plaintiffs have filed a spoliation motion. ECF No. 118.

I THEREFORE ORDER that the defendants' motion for summary judgment **(ECF No. 117) is STRICKEN**, without prejudice to refiling it after I resolve the spoliation motion.

DATED this 11th day of April, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE