**RESNICK & LOUIS, P.C.**
JAMES M. BARRINGTON, ESQ.
Nevada Bar No. 9252
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220.
Las Vegas, NV 89148
jbarrington@rlattorneys.com
emurphy@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendants,*
*Walmart, Inc. d/b/a Walmart Supercenter*
*#3351 and Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA, <br><br> Plaintiffs, <br> v. <br><br> WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351; and WAL-MART STORES, INC., a foreign corporation; and DOES I through X; inclusive; and ROE CORPORATIONS I through V, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-00061-APG-DJA <br><br> **SUBSTITUTION OF COUNSEL** |

COME NOW, Defendants, WALMART INC. d/b/a WALMART SUPERCENTER #3351 and WAL-MART STORES, INC., ("Defendants" or "WALMART"), and hereby substitute KURT R. BONDS, ESQ._____, of the law firm of ALVERSON TAYLOR & SANDERS____, as its counsel of record in place and stead of JAMES M. BARRINGTON, ESQ., and ELEANOR D. MURPHY, ESQ. of RESNICK & LOUIS, P.C. Defendants assert the attorneys from RESNICK & LOUIS, P.C., shall be removed from the electronic service list in this matter.

1

1 | WHEREAS, Defendants assert __KURT R. BONDS, ESQ.__, of
2 | __ALVERSON TAYLOR & SANDERS__ be substituted as counsel for Defendants and added to the electronic
3 | service list in this case;
4 | WHEREAS, the attorneys from RESNICK & LOUIS, P.C., JAMES M. BARRINGTON,
5 | ESQ., and ELEANOR D. MURPHY, ESQ., agree to the withdrawal and substitution; and
6 | WHEREAS, __KURT R. BONDS, ESQ.__, the attorney from
7 | __ALVERSON TAYLOR & SANDERS__ be substituted as counsel for Defendant.

9 | DATED this 7 day of June, 2023.   DATED this 13 day of June, 2023.
10 | RESNICK & LOUIS, P.C.   ALVERSON TAYLOR & SANDERS

/s/ Kurt R. Bonds

JAMES M. BARRINGTON, ESQ.
Nevada Bar No. 9252
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 W. Russell Road, Ste. 220
Las Vegas, NV 89148
*Former Attorneys for Defendants,*
*Walmart, Inc. d/b/a Walmart Supercenter*
*#3351 and Wal-Mart Stores, Inc.*

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
(Address) 6605 Grand Montecito Pkwy, Ste 200
*Attorneys for Defendants,*
*Walmart, Inc. d/b/a Walmart Supercenter*
*#3351 and Wal-Mart Stores, Inc.*
Las Vegas, NV 89149
Tel: (702) 384-7000

DATED this 13 day of June, 2023.

WALMART, INC. d/b/a WALMART SUPERCENTER #3351 and WAL-MART STORES, INC.

MATTHEW BURGESS, ESQ.
Senior Counsel
702 Southwest 8th Street
Bentonville, AR 72716

**IT IS SO ORDERED**.

DATED: June 14, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **SUBSTIUTION OF COUNSEL** was served this __13__ day of June, 2023, by:

[ ] **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Resnick & Louis, P.C. of the document(s) listed above to the person(s) at the address(es) set forth below.

[X] **BY ELECTRONIC SERVICE**: pursuant to EDCR Rule 8.02 and EDCR Rule 8.04(c), by transmitting the document(s) listed above via the Court's electronic filing system to the Counsel set forth on the service list on this date.

Daniel Simon, Esq.
Benjamin Miller, Esq.
Ashley M. Ferrel, Esq.
SIMON LAW
810 South Casino Center Boulevard
Las Vegas, NV 89101
dan@simonlawlv.com
ben@simonlawlv.com
lawyers@simonlawlv.com
*Attorneys for Plaintiffs*

/s/
An Employee of Resnick & Louis, P.C.

3