**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE C. ZEITER, individually and as Special Administrator for the Estate of Michael Buchna, and JENNIFER C. BEAM, individually and as Special Administrator for the Estate of Michael Buchna,<br><br>Plaintiffs<br><br>v.<br><br>WALMART INC. and WALMART STORES, INC.,<br><br>Defendants | Case No.: 2:21-cv-00061-APG-DJA<br><br>**Order Rescheduling Hearing**<br><br>[ECF No. 137] |

I HEREBY GRANT the defendants' emergency motion to continue the upcoming hearing. ECF No. 137. I therefore order that the November 29, 2023 hearing is rescheduled for **Tuesday, December 12, 2023 at 9:00 a.m.** Counsel for defendants Walmart Inc. and Wal-Mart Stores Inc. must appear in person along with a representative of those defendants.

DATED this 27th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE