# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually and as Special Administrator for the Estate of Michael Buchna, and JENNIFER C. BEAM, individually and as Special Administrator for the Estate of Michael Buchna,<br><br>   Plaintiffs<br><br>v.<br><br>WALMART INC. and WALMART STORES, INC.,<br><br>   Defendants | Case No.: 2:21-cv-00061-APG-DJA<br><br>**Scheduling Order for Evidentiary Hearing** |

I will conduct the evidentiary hearing on the plaintiffs' motion to strike (ECF No. 118) on May 21-23, 2024. The parties will submit briefs addressing whether the Walmart surveillance video constitutes Electronically Stored Information under Rule 37(c) as follows:

Plaintiffs' Opening Brief: March 22, 2024

Defendants' Response Brief: April 5, 2024

Plaintiffs' Reply Brief: April 12, 2024

The parties may file motions regarding whether counsel may be called as witnesses at the evidentiary hearing by March 22, 2024. The issue of attorneys' fees should be taken up with Magistrate Judge Albregts.

DATED this 22nd day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE