# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually and as Special Administrator for the Estate of Michael Buchna, and JENNIFER C. BEAM, individually and as Special Administrator for the Estate of Michael Buchna,<br><br>  Plaintiffs<br><br>v.<br><br>WALMART INC. and WALMART STORES, INC.,<br><br>  Defendants | Case No.: 2:21-cv-00061-APG-DJA<br><br>**Order** |

I ORDER that by April 26, 2024, the parties shall file a joint status report regarding the results of their mediation.

DATED this 24th day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE