**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants Walmart, Inc.*
*d/b/a Walmart Supercenter Store #3351*
*and Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351; and WAL-MART STORES, INC., a foreign corporation; and DOES I through X; inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO:  2:21-cv-00061-APG-DJA<br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AND SERVE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE AND SERVE**

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs MICHELLE C. ZEITER, Individually and as Special Administrator for ESTATE OF MICHAEL BUCHNA, and JENNIFER C. BEAM, Individually and as Special Administrator for ESTATE OF MICHAEL BUCHNA, by and through their attorneys of record, SIMON LAW, and Defendants WALMART INC. d/b/a WALMART SUPERCENTER #3351 and WAL-MART

1

KRB/20147-79

STORES, INC. ("Walmart"), by and through their counsel of record, HALL & EVANS, LLC, hereby submit their Stipulation and Order to Extend Deadlines to File and Serve Defendants' Response To Plaintiffs' Motion For Summary Judgment, [ECF No. 159], filed July 19, 2024, pursuant to LR IA 6-1. This is the first stipulation for extension of deadlines related to Plaintiff's Motion for Summary Judgment. [ECF No. 159].

### REASONS FOR REQUESTING AN EXTENSION OF DEADLINES

The Parties aver that good cause exists to extend the existing deadlines for Defendants' opposition and Plaintiffs' reply by twenty-one days from the date of the July 30, 2024 request, which would be Tuesday, August 20, 2024. Defendant's counsel has encountered personal conflicts including a death in the family which has created conflict with original deadline. Accordingly, the parties have agreed to extend their respective response deadlines twenty-one days from the July 30, 2024 date of the request for extension, as set forth below:

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2

KRB/20147-79

- Defendants' deadline to file and serve an opposition/response:

- Existing deadline: Friday, August 9, 2024

- **Proposed deadline: Tuesday, August 20, 2024**

- Plaintiffs' deadline to file and serve a reply:

- Existing deadline: Friday, August 30, 2024

- **Proposed deadline: Tuesday, September 10, 2024**

DATED this 30th day of July 2024.                    Dated this 31st day of July 2024.

**SIMON LAW**                                        **HALL & EVANS, LLC**

/s/ Benjamin J. Miller _____              _/s/ Kurt R. Bonds_____
Daniel Simon, Esq.                                  KURT R. BONDS, ESQ.
Benjamin Miller, Esq.                               Nevada Bar No. 6228
SIMON LAW                                           TANYA M. FRASER, ESQ.
810 South Casino Center Boulevard                   Nevada Bar No. 13872
Las Vegas, NV 89101                                 1160 North Town Center Drive
dan@simonlawlv.com                                  Suite 330
ben@simonlawlv.com                                  Las Vegas, NV 89144
*Attorneys for Plaintiffs*
                                                    *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

3                                                   KRB/20147-79