**DANIEL S. SIMON, ESQ.**
Nevada Bar No. 4750
**BENJAMIN J. MILLER, ESQ.**
Nevada Bar No. 10406
**ASHLEY M. FERREL, ESQ**.
Nevada Bar No. 12207
**SIMON LAW**
810 South Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone (702) 364-1650
Facsimile (702) 364-1655
lawyers@simonlawlv.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351; and WAL-MART STORES, INC., a foreign corporation; and DOES I through X; inclusive; and ROE CORPORATIONS I through V, inclusive, <br><br> Defendants. | CASE NO.:  2:21-cv-00061-APG-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AND SERVE PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between Plaintiffs MICHELLE C. ZEITER, Individually and as Special Administrator for ESTATE OF MICHAEL BUCHNA and JENNIFER C. BEAM, Individually and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA (collectively "Plaintiffs"), by and through their attorneys of record SIMON LAW and BROCK H. OHLSON PLLC, and Defendants WALMART, INC. and WAL-MART

1

1  STORES, INC. (collectively "Defendants"), by and through their attorneys of record, HALL &
2  EVANS, LLC, (foregoing parties are collectively referred to hereinbelow as "Parties") hereby
3  submit their Stipulation and Order to Extend Deadline to File and Serve Plaintiffs' Reply to
4  Defendants' Response [ECF No. 162], filed August 20, 2024, to Plaintiffs' Motion for
5  Summary Judgment [ECF No. 159], filed July 19, 2024, pursuant to LR IA 6-1. This is the
6  second stipulation for extension of deadlines to Plaintiffs' Motion for Summary Judgment.

7        REASONS FOR REQUESTING AN EXTENSION OF DEADLINES

8        The Parties aver that good cause exists to extend the existing deadline for Plaintiffs'
9  Reply by 10 days from the date of the September 10, 2024 request, which would be Friday,
10 September 20, 2024. Plaintiffs' counsel has encountered several conflicts due to other
11 scheduling matters, including significant discovery for a complex federal insurance bad-faith
12 litigation case that involved party depositions; expert depositions; percipient witness
13 depositions; and significant motion work in the past 60 days.

14       Thus, the parties have agreed to extend the respective response Reply deadline ten days
15 as set forth below:
16 / / /
17 / / /
18 / / /

- Plaintiffs' deadline to file and serve a reply:

    • Existing deadline: Tuesday, September 10, 2024

    • **Proposed deadline: Friday, September 20, 2024**

Dated this  10  day of September, 2024.

**SIMON LAW**

/s/ Daniel S. Simon

DANIEL S. SIMON, ESQ.
Nevada Bar No. 4750
BENJAMIN J. MILLER, ESQ.
Nevada Bar No. 10406
ASHLEY M. FERREL, ESQ.
Nevada Bar No. 12207
810 South Casino Center Boulevard
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

Dated this  10  day of September, 2024.

**HALL & EVANS, LLC**

/s/ Kurt R. Bonds

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, NV 89144
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**
DATED: September 11, 2024

3