1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DANIEL S. SIMON, ESQ.**
Nevada Bar No. 4750
**BENJAMIN J. MILLER, ESQ.**
Nevada Bar No. 10406
**ASHLEY M. FERREL, ESQ**.
Nevada Bar No. 12207
**SIMON LAW**
810 South Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone (702) 364-1650
Facsimile (702) 364-1655
lawyers@simonlawlv.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA, <br><br><br>        Plaintiffs, <br><br> v. <br><br> WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351; and WAL-MART STORES, INC., a foreign corporation; and DOES I through X; inclusive; and ROE CORPORATIONS I through V, inclusive, <br><br>        Defendants. | CASE NO.:  2:21-cv-00061-RFB-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AND SERVE PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between Plaintiffs MICHELLE C. ZEITER, Individually and as Special Administrator for ESTATE OF MICHAEL BUCHNA and JENNIFER C. BEAM, Individually and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA (collectively "Plaintiffs"), by and through their attorneys of record SIMON LAW and BROCK H. OHLSON PLLC, and Defendants WALMART, INC. and WAL-MART

STORES, INC. (collectively "Defendants"), by and through their attorneys of record, HALL & EVANS, LLC, (foregoing parties are collectively referred to hereinbelow as "Parties") hereby submit their Stipulation and Order to Extend Deadline to File and Serve Plaintiffs' Reply to Defendants' Response [ECF No. 162], filed August 20, 2024, to Plaintiffs' Motion for Summary Judgment [ECF No. 159], filed July 19, 2024, pursuant to LR IA 6-1. This is the third stipulation for extension of deadlines to Plaintiffs' Motion for Summary Judgment.

REASONS FOR REQUESTING AN EXTENSION OF DEADLINES

The Parties aver that good cause exists to extend the existing deadline for Plaintiffs' Reply by 14 days from the date of the September 20, 2024 request, which would be Friday, October 4, 2024. Plaintiffs' counsel has continued to encounter several conflicts due to other scheduling matters, most notably a complex federal insurance bad-faith litigation case that has resulted in significant briefing of multiple motions, including discovery and dispositive motions, all due near or by September 26, 2024. Plaintiffs' counsel's firm, Simon Law, is comprised of three attorneys and this matter has significantly consumed its resources recently. The Parties will not be seeking any additional extensions for this matter.

Thus, the parties have agreed to extend the respective response Reply deadline 14 days as set forth below:

/ / /

/ / /

/ / /

- Plaintiffs' deadline to file and serve a reply:

      • Existing deadline: Friday, September 20, 2024

      • **Proposed deadline: Friday, October 4, 2024**


Dated this __20__ day of September, 2024.

**SIMON LAW**

*/s/ Daniel S. Simon*
_____

DANIEL S. SIMON, ESQ.
Nevada Bar No. 4750
BENJAMIN J. MILLER, ESQ.
Nevada Bar No. 10406
ASHLEY M. FERREL, ESQ.
Nevada Bar No. 12207
810 South Casino Center Boulevard
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

Dated this __20__ day of September, 2024.

**HALL & EVANS, LLC**

*/s/ Kurt R. Bonds*
_____

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, NV 89144
*Attorneys for Defendants*


**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: September 23, 2024**