**DANIEL S. SIMON, ESQ.**
Nevada Bar No. 4750
**BENJAMIN J. MILLER, ESQ.**
Nevada Bar No. 10406
**ASHLEY M. FERREL, ESQ**.
Nevada Bar No. 12207
**SIMON LAW**
810 South Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone (702) 364-1650
Facsimile (702) 364-1655
lawyers@simonlawlv.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351; and WAL-MART STORES, INC., a foreign corporation; and DOES I through X; inclusive; and ROE CORPORATIONS I through V, inclusive, <br><br> Defendants. | CASE NO.:  2:21-cv-00061-APG-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs MICHELLE C. ZEITER,

Individually and as Special Administrator for ESTATE OF MICHAEL BUCHNA and

JENNIFER C. BEAM, Individually and as Special Administrator for ESTATE OF MICHAEL

S. BUCHNA (collectively "Plaintiffs"), by and through their attorneys of record SIMON LAW

and BROCK H. OHLSON PLLC, and Defendants WALMART, INC. and WAL-MART

1

1 STORES, INC. (collectively "Defendants"), by and through their attorneys of record, HALL &

2 EVANS, LLC, (foregoing parties are collectively referred to hereinbelow as "Parties") hereby

3 submit their Stipulation and Order to Extend the Deadline to File the Joint Pre-Trial Order in

4 order to extend the deadline 31 days from December 20, 2024 to January 20, 2025 pursuant to

5 LR IA 6-1. This is the first stipulation for an extension of the deadline for the Joint Pre-Trial

6 Order.

7         REASONS FOR REQUESTING AN EXTENSION OF DEADLINES

8         The Parties aver that good cause exists to extend the existing deadline to file the Joint

9 Pre-Trial Order by 31 days from the date of the December 20, 2024 deadline, which would be

10 Monday, January 20, 2025. Notably, Defendants' counsel has advised that national trial

11 counsel is associating into the case. Further, Defendants' counsel, Kurt Bonds, Esq., has been

12 in trial and also is coordinating his daughter's wedding this month.

13         Thus, the parties have agreed to extend the respective deadline 31 days as set forth

14 below:

15 / / /

16 / / /

17 / / /

18

19

20

21

22

23

24

25

26

27

28

1    - Joint Pre-Trial Order Deadline:

2         • Existing deadline: Friday, December 20, 2024

3         **• Proposed deadline: Monday, January 20, 2025**

4

5    Dated this __11__ day of December, 2024.          Dated this __11__ day of December, 2024.

6    **SIMON LAW**                                      **HALL & EVANS, LLC**

7    */s/ Daniel S. Simon*                              */s/ Kurt R. Bonds*

8    DANIEL S. SIMON, ESQ.                              KURT R. BONDS, ESQ.
     Nevada Bar No. 4750                                Nevada Bar No. 6228

9    BENJAMIN J. MILLER, ESQ.                           TANYA M. FRASER, ESQ.
     Nevada Bar No. 10406                               Nevada Bar No. 13872

10   ASHLEY M. FERREL, ESQ.                             1160 North Town Center Drive
     Nevada Bar No. 12207                               Suite 330

11   810 South Casino Center Boulevard                  Las Vegas, NV 89144
     Las Vegas, NV 89101                                *Attorneys for Defendants*

12   *Attorneys for Plaintiffs*

13

14

15

16        **IT IS SO ORDERED.**

17

18   _____

19   DANIEL J. ALBREGTS
     UNITED STATES DISTRICT COURT

20
     DATED: 12/13/2024
21

22

23

24

25

26

27

28

3