**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants Walmart, Inc.*
*d/b/a Walmart Supercenter Store #3351*
*and Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351; and WAL-MART STORES, INC., a foreign corporation; and DOES I through X; inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO:  2:21-cv-00061-APG-DJA<br><br><br><br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>(Second Request) |

**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**

(Second Request)

IT IS HEREBY STIPULATED by and between Plaintiffs MICHELLE C. ZEITER, Individually and as Special Administrator for ESTATE OF MICHAEL BUCHNA, and JENNIFER C. BEAM, Individually and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA (collectively "Plaintiffs"), by and through their attorneys of record, SIMON LAW and BROCK H.

*HALL & EVANS, LLC*
*1160 North Town Center Drive*
*Suite 330*
*Las Vegas, Nevada 89144*
*(702) 998-1022*

KRB/20147-79

OHLSON PLLC, and Defendants WALMART, INC. and WAL-MART STORES, INC. (collectively "Defendants"), by and through their attorneys of record, HALL & EVANS, LLC (foregoing parties are collectively referred to hereinbelow as "Parties"), hereby submit their Stipulation and Order to Extend the Deadline to File the Joint Pretrial Order in order to extend the deadline 30 days from January 20, 2025 to February 19, 2025 pursuant to LR IA 6-1. This is the second stipulation for an extension of the deadline for the Joint Pretrial Order.

### REASONS FOR REQUESTING AN EXTENSION OF DEADLINE

The Parties aver that good cause exists to extend the existing deadline to file the Joint Pretrial Order by 30 days from the date of the current January 20, 2025 deadline, which would be Wednesday, February 19, 2025. Consistent with LR 16-3 and the Court's May 23, 2023 Order, the Parties met and conferred regarding the scope of witnesses and exhibits for trial on January 17, 2025. Although the Parties were able to resolve several disputes, additional time is needed to work through the remaining issues and cull any remaining immaterial witnesses or exhibits.

The Parties further aver that this request is not made for purposes of undue delay of submission of the Pretrial Order or trial in this matter but is submitted in the interests of ensuring this matter is resolved on its merits. Neither Party is prejudiced through this extension, as all Parties agree that a brief 30-day extension is warranted to comply with the Court's Orders and submit an appropriate Pretrial Order for the Court's consideration.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20147-79

Thus, the parties have agreed to extend the respective deadline 30 days as set forth below:

- Joint Pretrial Order Deadline:

• Existing deadline: Monday, January 20, 2025

• **Proposed deadline: Wednesday, February 19, 2025**

Submitted by:

DATED this 17th day of January 2025.          Dated this 17th day of January 2025.

**SIMON LAW**                                  **HALL & EVANS, LLC**

/s/Benjamin Miller_____            Kurt R. Bonds_____
Daniel Simon, Esq.                            KURT R. BONDS, ESQ.
Benjamin Miller, Esq.                         Nevada Bar No. 6228
810 South Casino Center Boulevard             TANYA M. FRASER, ESQ.
Las Vegas, NV 89101                           Nevada Bar No. 13872
dan@simonlawlv.com                            1160 North Town Center Drive
ben@simonlawlv.com                            Suite 330
*Attorneys for Plaintiffs*                    Las Vegas, NV 89144
                                              *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

DATED: 1/21/2025

_____
UNITED STATES MAGISTRATE JUDGE

KRB/20147-79