**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

**MCDONNELL & ASSOCIATES, P.C.**
By: PATRICK J. MCDONNELL, ESQUIRE
Attorney I.D. No.: PA 62310, NJ 026781991
*(admitted pro hac vice)*
Email: pmcdonnell@mcda-law.com
Metropolitan Business Center
860 Frist Avenue, Suite 5B
King of Prussia, Pennsylvania 19406
Telephone: (610) 337-2087

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., a foreign corporation d/b/a WALMART SUPERCENTER #3351; and WAL-MART STORES, INC., a foreign corporation; and DOES I through X; inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO:  2:21-cv-00061-APG-DJA<br><br><br><br><br>**STIPULATION TO CONTINUE HEARING REGARDING PRETRIAL ORDER**<br><br>(First Request) |

**STIPULATION TO CONTINUE HEARING REGARDING PRETRIAL ORDER**

(First Request)

IT IS HEREBY STIPULATED by and between Plaintiffs MICHELLE C. ZEITER, Individually and as Special Administrator for ESTATE OF MICHAEL BUCHNA, and JENNIFER C. BEAM, Individually and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA (collectively "Plaintiffs"), by and through their attorneys of record, SIMON LAW and BROCK H. OHLSON PLLC, and Defendants WALMART, INC. and WAL-MART STORES, INC. (collectively

KRB/20147-79

*(margin text)* HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

1  "Defendants"), by and through their attorneys of record, HALL & EVANS, LLC (foregoing parties

2  are collectively referred to hereinbelow as "Parties"), hereby submit their Stipulation and Order to

3  Continue Hearing Regarding Pretrial Order from its current setting of March 12, 2025, to March 26,

4  2025, pursuant to LR IA 6-1. This is the first stipulation for a continuation of the hearing regarding

5  the Pretrial Order.

6  **REASONS FOR REQUESTING A CONTINUANCE OF THE MARCH 12, 2025 HEARING**

7  The Parties aver that good cause exists to continue the March 12, 2025 hearing regarding the

8  Pretrial Order to Wednesday, March 26, 2025. Consistent with LR 16-3 and the Court's May 23,

9  2023 Order, the Parties met and conferred regarding the scope of witnesses and exhibits for trial on

10  January 17, 2025, on January 24, 2025, on February 12, 2025, and through several written

11  correspondences. Although the Parties were able to resolve several disputes, various issues remain

12  with respect to the scope of the Parties' witnesses and exhibits, necessitating the Parties to each

13  submit their individual Pretrial Orders and resulting in the Court noticing a Hearing on the matter on

14  March 12, 2025. *See* ECF Doc 177 (Feb. 27, 2025). However, lead counsel on this matter, Patrick

15  McDonnell, planned a prepaid family vacation and will be out of the country from March 10-14,

16  2025. Accordingly, the Parties agree that a brief continuation of the Hearing is warranted to allow

17  counsel to participate in his prepaid family vacation.

18  The Parties further aver that this request is not made for purposes of undue delay of resolving

19  issues surrounding the Pretrial Order or trial in this matter but is submitted in the interests of ensuring

20  this matter is resolved on its merits. Neither Party is prejudiced through this continuation, as all Parties

21  agree that short continuation to March 26, 2025, is warranted, as set forth herein.

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

KRB/20147-79

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

Thus, the parties have agreed to continue the March 12, 2025 Hearing as set forth below:

- Hearing Regarding Pretrial Order:

• Existing date: Wednesday, March 12, 2025

• **Proposed date: Wednesday, March 26, 2025**

Submitted by:

DATED this 4th day of March 2025.                 Dated this 4th day of March 2025.

**SIMON LAW**                                      **HALL & EVANS, LLC**

/s/ Ben Miller_____               /s/ Kurt Bonds_____
Daniel Simon, Esq.                                KURT R. BONDS, ESQ.
Benjamin Miller, Esq.                             Nevada Bar No. 6228
810 South Casino Center Boulevard                 TANYA M. FRASER, ESQ.
Las Vegas, NV 89101                               Nevada Bar No. 13872
dan@simonlawlv.com                                1160 North Town Center Drive
ben@simonlawlv.com                                Suite 330
*Attorneys for Plaintiffs*                        Las Vegas, NV 89144
                                                  *Attorneys for Defendants*

### ORDER

IT IS SO ORDERED: the hearing on the parties' proposed pretrial orders ECF No. 175 and 176, currently scheduled for March 12, 2025, is vacated and continued to April 22, 2025, at 9:30 a.m. in LV Courtroom 6C before Chief Judge Andrew P. Gordon.

Dated: March 5, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

KRB/20147-79

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022