1  RACHEL L. SHELSTAD
   Nevada Bar No. 13399
2  Rachel.Shelstad@qpwblaw.com
3  QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
   2370 Corporate Circle, Suite 160
4  Henderson, Nevada 89054
   Telephone: 775.322.4697
5  Facsimile: 775.322.4698
   *Attorneys for Defendant Walmart, Inc.*
6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE C. ZEITER, individually, and as Special Administrator for ESTATE OF MICHAEL BUCHNA; JENNIFER C. BEAM, individually, and as Special Administrator for ESTATE OF MICHAEL S. BUCHNA,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC., a foreign corporation, d/b/a WALMART SUPERCENTER #3351, and WALMART STORES, INC., a foreign corporation; Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-00061-ART-DJA<br><br>**SUBSTITUTION OF ATTORNEY** |

Pursuant to LR 11-6, Defendant Walmart, Inc., dba Walmart Supercenter #3351, hereby substitutes RACHEL L. SHELSTAD of the law firm of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., 2370 Corporate Circle, Suite 160, Henderson, Nevada 89054; Telephone 775.322.4697, as attorney of record in place and stead of Kurt Bonds, HALL & EVANS in the

///

///

1  above-entitled matter and as Designated Resident Nevada Counsel in this matter for McDONNELL
2  & ASSOCIATES, P.C.
3  DATED this 23rd of June, 2025.                    By: _____
4                                                         WALMART, INC.
5
6                                                    S. Matthew Burgess - Senior Counsel
                                                      Printed name/title
7
8                          **CONSENT TO SUBSTITUTION**
9     HALL & EVANS, LLC, hereby agrees and consents to the substitution of QUINTAIROS,
10 PRIETO, WOOD & BOYER, P.A., as counsel of record for Defendant, Walmart Inc., in the above-
11 entitled action and as designated resident Nevada Counsel in this matter for McDONNELL &
12 ASSOCIATES, P.C.
13    DATED this 23rd day of June, 2025.
14                                                   HALL & EVANS, LLC
15
                                              By: _____
16                                                 KURT R. BONDS
                                                   Nevada Bar No. 6228
17                                                 TANYA M. FRASER
                                                   Nevada Bar No. 13872
18                                                 1160 N. Town Center Drive, Suite 330
                                                   Las Vegas, Nevada 89144
19                                                 Tel. 702.998.1022
                                                   *Attorneys for Defendant Walmart, Inc.*
20
   ///
21
22
   ///
23
24
   ///
25
26
   ///
27
28



1  **CONSENT TO SUBSTITUTION AND APPOINTMENT OF DEISGNATED RESIDENT**
2  **NEVADA COUNSEL**
3  McDONNELL & ASSOCIATES, P.C., hereby agrees and consents to the substitution of
4  QUINTAIROS, PRIETO, WOOD & BOYER, P.A., as counsel of record for Defendant, Walmart
5  Inc., in the above-entitled action, and the appointment of Rachel L. Shelstad, as their Designated
6  Resident Nevada Counsel in this matter.
7  DATED this <u>24th</u> day of <u>June</u>, 2025.

McDONNELL & ASSOCIATES, P.C.

By: _____
PATRICK J. McDONNELL
Attorney I.D. No.: PA 62310, NJ 026781991
(*admitted pro hac vice*)
Email: pmcdonnell@mcda-law.com
Metropolitan Business Center
860 First Avenue, Suite 5B
King Prussia, PA 19406
Tel. 610.337.2087
*Attorneys for Defendant Walmart, Inc.*

15 / / /
16
17 / / /
18
19 / / /
20
21 / / /
22
23 / / /
24
25 / / /
26
27 / / /
28



3

**ACCEPTANCE OF SUBSTITUTION AND DESIGNATION OF RESIDENT ATTORNEY**

I, RACHEL L. SHELSTAD, ESQ., am duly admitted to practice in this District and on behalf of the law firm QUINTAIROS, PRIETO, WOOD & BOYER, P.A., who has been retained by Defendant, Walmart, Inc., d/b/a as Walmart Supercenter #3351, in this matter, and hereby agrees and consents to the substitution as counsel of record for Defendant, Walmart, Inc., d/b/a as Walmart Supercenter #3351. Further, I, Rachel L. Shelstad, Esq., pursuant to the requirements of Local Rules of Practice for this Court, consents to serve as designated associate resident Nevada counsel for Patrick J. McDonnell, of the law firm McDONNELL & ASSOCIATES, P.C., granted pro hac vice admission in this action on January 27, 2025.

DATED this 25th day of June, 2025.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By: _____
RACHEL L. SHELSTAD
Nevada Bar No. 13399
2370 Corporate Circle, Suite 160
Henderson, Nevada 89054
Telephone: 775.322.4697
Facsimile: 775.322.4698
*Attorneys for Defendant Walmart, Inc.*

APPROVED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/25/2025

